UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

| | |
|---|---|
| EZRA JOHN ADAMS, Jr., <br>     Plaintiff, <br>   v. <br> DETECTIVE MARY STABLES, <br>     Defendant. | Case No. 16-cv-6574-NJV (PR) <br><br> **ORDER OF TRANSFER** <br><br> Dkt. Nos. 2, 10 |

This is a civil rights case brought pro se by a state prisoner. Plaintiff raises claims regarding his 1988 prosecution in San Diego County Superior Court. The only defendant is a detective in San Diego County. San Diego County lies within the venue of the United States District Court for the Southern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). This case is **TRANSFERRED** to the United States District Court for the Southern District of California. *See* 28 U.S.C. § 1406(a). The motions for discovery and an extension (Docket Nos. 2, 21) are **VACATED**.

**IT IS SO ORDERED.**

Dated: December 16, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge